UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Richard Williams,   Case No. 3:12-cv-02768

    Petitioner,

v.   ORDER

Neil Turner,

    Respondent.


    Before me is the Report and Recommendation of Magistrate Judge James R. Knepp, filed on June 18, 2014, recommending dismissal of Petitioner Richard Williams's action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Campbell,* 261 F.3d 628 (6th Cir. 2001). In this case, the fourteen day period has elapsed and no objections have been filed.

    The failure to file written objections to the Magistrate Judge's report and recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also United States v. Walters,* 638 F.2d 947 (6th Cir. 1981) ; *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("only those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following review of the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety as the Order of the Court. Williams's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 is dismissed.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge